# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Laporte, Elizabeth D. | U.S. District Court, N..D. Cal | 11/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
450 Golden Gate Aveneue
San Francisco, CA 94102

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | Member, Board of Governors | Assn. of Business Trial Lawyers, Northern California Chapter |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Participation in retirement plan for the California Public Employees Retirement System |
| 2. | 1998 | Participation in City & County of San Francisco Employee Retirement Fund |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-employed Attorney |
| 2. | 2018 | State of California - Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Electronic Discovery Institute | 1/30/2017 to 2/2/2017 | New York, NY | LegalTech Conference, Speaker | Transportation, meals, lodging |
| 2. | Sand Piper Partners | 2/15/2017 | San Francisco, CA | e-Discovery in Innovation Conference, Speaker | Transportation, meals, lodging |
| 3. | Assn. of Business Trial Lawyers | 3/31/2017 to 4/2/2017 | Monterey, CA | Attendance at Joint Board Retreat | Transportaion, meals, lodging |
| 4. | Zapproved LLC | 9/12/2017 to 9/15/2017 | Portland, OR | Speaker on judicial panel and international privacy andGDPR panel | Transportation, meals, lodging |
| 5. | San Francisco Intellectual Property Law Association | 9/22/2017 to 9/24/2017 | Sonoma, CA | Annual Seminar, Spearker | Transportation, meals, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Laporte, Elizabeth D. | 11/11/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Georgetown University | 11//2//2017 to 11/4/2017 | Washington, DC | Berkeley-Georgeto..Patent Law Conf., Role of the Courts in Pat. Law & Policy, Speaker | Transportation, meals, lodging |
| 7. | Georgetown University | 11/15/2017 to 11/17/2017 | Washington, DC | Advanced eDiscovery Institute, Speaker | Transportation, meals, lodging |
| 8. | Duke University | 12/8/2017 | San Francisco, CA | Special Focus Meeting on Discovery and Proportionality | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust I | | | | | | | | | |
| 2. --NY State Dorm Auth Due 2/15/18 | A | Interest | | | Matured | 02/15/18 | K | A | |
| 3. -New York, NY GO UTX Due 12/15/19 | B | Interest | | | Redeemed | 12/15/18 | K | A | |
| 4. --NY State Thruway Authority Due 4/1/20 | B | Interest | K | T | | | | | |
| 5. --Bethlehem NY CSD Due 7/15/21 | B | Interest | K | T | | | | | |
| 6. --Metropolitan Transit Authority NY Due 11/15/21 | A | Interest | K | T | | | | | |
| 7. --Util Debt Sec Authority NY Due 6/15/24 | B | Interest | K | T | | | | | |
| 8. --NY State Environ, Clean Water Comb Util Due 6/15/25 | B | Interest | K | T | | | | | |
| 9. --NY State Bridge Authority Due 1/1/26 | B | Interest | K | T | | | | | |
| 10. --NYC NY Transit Authority Due 2/1/27 | B | Interest | L | T | | | | | |
| 11. --DFA CA Short Term Muni Bond Portfolio (DFCMX) | A | Dividend | L | T | | | | | |
| 12. --DFA T.A. World Ex U.S.(DFTWX) | E | Dividend | P1 | T | | | | | |
| 13. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | E | Dividend | P1 | T | Buy (add'l) | 01/25/18 | N | | |
| 14. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | D | Distribution | | | Sold (part) | 11/28/18 | N | A | |
| 15. --DFT T.A. US Core Equity 2 Portfolio (DFTCX) | | | | | Buy (add'l) | 12/31/18 | M | | |
| 16. --Vanguard CA Intermediate Term Bond Fund (VCADX) | D | Dividend | O | T | Buy (add'l) | 01/25/18 | O | | |
| 17. --Vanguard CA Intermediate Term Bond Fund (VCADX) | | | | | Sold (part) | 05/07/18 | P1 | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard CA Intermediate Term Bond Fund (VCADX) | | | | | Buy (add'l) | 09/12/18 | O | | |
| 19. --Vanguard Total Bond Mkt Index Fund (VBTLX) | B | Dividend | N | T | Buy | 11/28/18 | N | | |
| 20. --IShares Short Term Corporate Bond ETF (IGSB) formerly CSJ | B | Dividend | M | T | | | | | |
| 21. --Vanguard Total Stock Market ETF (VTI) | B | Dividend | M | T | Buy | 11/28/18 | M | | |
| 22. --Vanguard Total Stock Market ETF (VTI) | | | | | Sold (part) | 12/31/18 | M | A | |
| 23. --JP Morgan Core Bond I (WOBSZ) | D | Dividend | | | Buy (add'l) | 09/12/18 | N | | |
| 24. --JP Mortgan Core Bond I (WOBSZ) | | | | | Sold | 11/28/18 | N | A | |
| 25. --Vanguard REIT ETF (VNQ) | | None | | | Buy (add'l) | 01/25/18 | L | | |
| 26. --Vanguard REIT ETF (VNQ) | | | | | Sold | 03/14/18 | L | A | |
| 27. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | D | Dividend | N | T | Buy (add'l) | 01/25/18 | L | | |
| 28. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Sold (part) | 09/19/18 | L | A | |
| 29. --DFA Emerging Markets Core Equity Portfolio (DFCEX) | | | | | Buy (add'l) | 10/24/18 | L | | |
| 30. --DFA International Core Equity Portfolio (DFIEX) | E | Dividend | L | T | Buy (add'l) | 01/25/18 | M | | |
| 31. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 02/20/18 | K | | |
| 32. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 03/14/18 | M | | |
| 33. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 05/07/18 | J | | |
| 34. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 06/27/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 07/11/18 | K | | |
| 36. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 08/29/18 | J | | |
| 37. --DFA International Core Equity Portfolio (DFIEX) | | | | | Sold (part) | 09/19/18 | N | A | |
| 38. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 10/24/18 | N | | |
| 39. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 11/28/18 | L | | |
| 40. --DFA Short Term Extended Portfolio (DFEQX) | C | Dividend | M | T | | | | | |
| 41. --Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | | | | | |
| 42. --Dodge & Cox Income Fund (DODIX) | A | Distribution | | | | | | | |
| 43. --Vanguard Intermediate Term Tax-Exempt Fund (VWITX) | D | Dividend | | | Buy | 05/7/18 | P1 | | |
| 44. --Vanguard Intermediate Term Tax-Exempt Fund (VWITX) | | | | | Sold (part) | 05/14/18 | L | A | |
| 45. --Vanguard Intermediate Term Tax-Exempt Fund (VWITX) | | | | | Sold | 08/16/18 | O | A | |
| 46. --Vanguard Intermediate Term Tax-Exempt Fund (VWIUX) | B | Dividend | | | Buy | 08/16/18 | O | | |
| 47. --Vanguard Intermediate Term Tax-Exempt Fund (VWIUX) | | | | | Sold | 09/12/18 | O | A | |
| 48. --Schwab Money Market Fund (Trust I) | A | Dividend | N | T | | | | | |
| 49. --Schwab Money Market Fund (Trust I) | A | Distribution | | | | | | | |
| 50. --DFA International Real Estate Securities Port (DFITX) | | | | | Sold | 03/14/18 | K | A | |
| 51. --DFA Large Cap International Portfolio (DFALX) | B | Dividend | | | Buy | 09/19/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --DFA Large Cap International Portfolio (DFALX) | | | | | Sold | 10/24/18 | N | A | |
| 53. --DFA Emerging Markets Portfolio (DFEMX) | A | Dividend | | | Buy | 09/19/18 | L | | |
| 54. --DFA Emerging Markets Portfolio (DFEMX) | | | | | Sold | 10/24/18 | L | A | |
| 55. IRA Rollover Account #1 (formerly PS Account #1) | | | | | | | | | |
| 56. --Dodge & Cox Income Fund (DODIX) | C | Dividend | M | T | | | | | |
| 57. --Dodge & Cox Income Fund (DODIX) | A | Distribution | | | | | | | |
| 58. --JP Morgan Core Bond I (WOBSZ) | D | Dividend | M | T | Buy (add'l) | 05/14/18 | J | | |
| 59. --JP Morgan Core Bond I (WOBSZ) | A | Distribution | | | | | | | |
| 60. --DFA International Real Estate Securities Portfolio (DFITX) | | None | | | Buy (add'l) | 02/20/18 | J | | |
| 61. --DFA International Real Estate Securities Portfolio (DFITX) | | | | | Sold | 03/14/18 | M | D | |
| 62. --IShares Short-Term Corporate Bond Fund (IGSB) formerly CSJ | B | Dividend | L | T | Sold (part) | 05/14/18 | J | A | |
| 63. --DFA Global Real Estate Securities Portfolio (DFGEX) | D | Dividend | M | T | Buy | 03/14/18 | M | | |
| 64. --DFA Global Real Estate Securities Portfolio (DFGEX) | | | | | Sold (part) | 05/14/18 | J | A | |
| 65. --DFA International Core Equity Portfolio (DFIEX) | A | Dividend | K | T | Buy | 03/14/18 | J | | |
| 66. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 04/11/18 | J | | |
| 67. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 07/11/18 | J | | |
| 68. --DFA International Core Equity Portfolio (DFIEX) | | | | | | 11/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard REIT (VNQ) | | None | | | Sold | 03/14/18 | M | D | |
| 70. --Schwab Money Market Fund #5 | A | Dividend | K | T | | | | | |
| 71. 401k Account #1 | | | | | | | | | |
| 72. --DFA Short-Term Extended Quality Portfolio (DFEQX) | B | Dividend | K | T | | | | | |
| 73. --Dodge & Cox Income Fund (DODIX) | D | Dividend | N | T | | | | | |
| 74. --Dodge & Cox Income Fund (DODIX) | B | Distribution | | | | | | | |
| 75. --DFA Emerging Markets Core Portfolio (DFCEX) | B | Dividend | L | T | Buy (add'l) | 07/11/18 | J | | |
| 76. --DFA Emerging Markets Core Portfolio (DFCEX) | | | | | Buy (add'l) | 10/10/18 | J | | |
| 77. --DFA International Core Equity Portfolio (DFIEX) | D | Dividend | N | T | Buy (add'l) | 03/14/18 | M | | |
| 78. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 03/22/18 | K | | |
| 79. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 04/11/18 | J | | |
| 80. --DFA International Core Equity Portfolio (DFIEX) | | | | | Buy (add'l) | 06/27/18 | J | | |
| 81. --DFA International Real Estate Securities Portfolio (DFITX) | | | | | Sold | 03/14/18 | K | C | |
| 82. --IShares TR Bond 1-3 Year Credit Bond ETF (CSJ) | A | Dividend | | | Sold | 03/14/18 | L | A | |
| 83. --Vanguard REIT (VNQ) | | None | | | Sold | 03/14/18 | L | D | |
| 84. --JP Morgan Core Bond Fund I (WOBSZ) | B | Dividend | L | T | | | | | |
| 85. --JP Morgan Core Bond Fund (WOBSZ) | A | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --DFA US Core Equity 2 Portfolio (DFQTX) | B | Dividend | K | T | | | | | |
| 87. --Schwab Money Market Fund #6 | A | Dividend | J | T | | | | | |
| 88. Roth IRA Account #1 | | | | | | | | | |
| 89. --Vanguard REIT (VNQ) | | None | | | Sold | 03/14/18 | J | A | |
| 90. --Vanguard International Core Equity Portfolio (DFIEX) | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 91. Roth IRA Account #2 | | | | | | | | | |
| 92. --DFA International Real Estate Securities Portfolio (DFITX) | | None | | | Sold | 03/14/18 | J | A | |
| 93. --DFA International Core Equity Portfolio (DFIEX) | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 94. Learning Quest 529 Ed. Sav. Plan #2 Short-Term Portfolio | | None | J | T | Sold (part) | 12/19/18 | J | A | |
| 95. First Republic Bank Checking Account | A | Interest | K | T | | | | | |
| 96. Bank of America cash accounts | A | Interest | L | T | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laporte, Elizabeth D. | 11/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII: Investments and Trusts

Lines 20, 62 and 82: Effective August 1, 2018, I-Shares TR Bond 1-3 Year Credit Bond ETF (CSJ) changed its name and and trading symbol to IShares Short-Term Corporate Bond Fund (IGSB).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth D. Laporte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544